IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Pender, Kareem V | Case Number: 04 B 46911 |
|---|---|---|
| | Johnson-Pender, Arisa S | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | Filed: 12/21/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 20, 2008
Confirmed: April 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 39,058.00 | |
| Secured: | | 29,252.51 |
| Unsecured: | | 0.00 |
| Priority: | | 5,365.21 |
| Administrative: | | 2,594.00 |
| Trustee Fee: | | 1,846.28 |
| Other Funds: | | 0.00 |
| Totals: | 39,058.00 | 39,058.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,594.00 | 2,594.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Mercedes Benz Financial | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 5. | Monterey Financial Services | Secured | 426.83 | 426.83 |
| 6. | American General Finance | Secured | 1,768.00 | 1,768.00 |
| 7. | DCFS Trust | Secured | 6,646.62 | 19,305.02 |
| 8. | CitiFinancial | Secured | 1,764.00 | 1,764.00 |
| 9. | Household Finance | Secured | 1,500.00 | 1,500.00 |
| 10. | Chase Manhattan Mortgage Corp | Secured | 7,832.81 | 4,488.66 |
| 11. | Internal Revenue Service | Priority | 11,823.80 | 4,233.85 |
| 12. | Illinois Dept of Revenue | Priority | 3,159.58 | 1,131.36 |
| 13. | Nicor Gas | Unsecured | 42.30 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | 67.72 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 80.13 | 0.00 |
| 16. | B-Line LLC | Unsecured | 157.37 | 0.00 |
| 17. | Monterey Financial Services | Unsecured | 24.18 | 0.00 |
| 18. | Marshall Field & Company | Unsecured | 124.84 | 0.00 |
| 19. | DaimlerChrysler Servs North America | Unsecured | 345.97 | 0.00 |
| 20. | T Mobile USA | Unsecured | 123.03 | 0.00 |
| 21. | Internal Revenue Service | Unsecured | 39.41 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 1,022.32 | 0.00 |
| 23. | Illinois Student Assistance Commission | Unsecured | 299.91 | 0.00 |
| 24. | Citibank | Unsecured | | No Claim Filed |
| 25. | Foot Locker | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Pender, Kareem V | Case Number: 04 B 46911 |
|---|---|---|
| | Johnson-Pender, Arisa S | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | Filed: 12/21/04 |

| | | | | |
|---|---|---|---|---|
| 26. | ADT Security Systems | Unsecured | | No Claim Filed |
| 27. | Card Service Center | Unsecured | | No Claim Filed |
| 28. | Capital One | Unsecured | | No Claim Filed |
| 29. | Capital One | Unsecured | | No Claim Filed |
| 30. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 31. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | | No Claim Filed |
| 32. | Hinckley Springs | Unsecured | | No Claim Filed |
| 33. | MCI Residential | Unsecured | | No Claim Filed |
| 34. | Pay Day Loans | Unsecured | | No Claim Filed |
| 35. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 36. | Scholastic Inc | Unsecured | | No Claim Filed |
| 37. | H-F Racquet & Fitness Club | Unsecured | | No Claim Filed |
| 38. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 39. | TCF Bank | Unsecured | | No Claim Filed |
| 40. | Mount Greenwood Dental Clinic | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 39,842.82 | $ 37,211.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 292.39 |
| 3% | 136.44 |
| 5.5% | 565.34 |
| 5% | 176.88 |
| 4.8% | 346.15 |
| 5.4% | 329.08 |
| | _____ |
| | $ 1,846.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____